**Leon R. WALKER Plaintiff–Appellant,**

v.

**NEW YORK CITY TRANSIT AUTHORITY, Defendant–Appellee.**

No. 02–7921.

United States Court of Appeals, Second Circuit.

June 26, 2003.

Nadira Stewart (Charmaine M. Stewart, on the brief), Law Offices of Stewart & Assocs., Elmont, NY, for Appellant.

Kathy R. Perry, Law Offices of Kathy R. Perry, New York, NY, for Appellee.

Present: MCLAUGHLIN, LEVAL, and KATZMANN, Circuit Judges.

### SUMMARY ORDER

THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 26th day of June, two thousand three.

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the district court be and it hereby is AFFIRMED.

Plaintiff-appellant Leon Walker appeals a Memorandum and Order of the United States District Court for the Eastern District of New York (Trager, *J.*), dated June 28, 2002, granting defendant's motion for summary judgment and dismissing the complaint. We affirm substantially for the reasons stated by the district court.

Defendant–Appellee's motion to file an Appellee's Appendix is granted and the motion for sanctions is denied.

The judgment of the district court is AFFIRMED.